```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04846
    PAM SPATES
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-5924
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/20/07 and confirmed on 06/11/07.

2. The case was converted to Chapter 7 after confirmation, 12/07/2007.

3. The Debtor paid a total of $ 1074.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 12620.03 | .00 | .00 |
| US BANK NATL ASSOC | SECURED | .00 | .00 | .00 |
| US BANK NATL ASSOC | MORTGAGE ARRE | .00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| PAY DAY LOAN STORE | SECURED VEHIC | 800.00 | 34.03 | 97.98 |
| INTERNAL REVENUE SERVICE | PRIORITY | 500.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 420.00 | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 40.72 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 385.81 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HURRICANE FAMILY CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TEACHERS CU | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN CARE CTR | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 639.38 | .00 | .00 |
| NICOR GAS | UNSECURED | 991.63 | .00 | .00 |
| SOUTHERN UTAH COUNSELING | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1665.58 | .00 | .00 |
| TRG ACCOUNT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 2693.91 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4780.11 | .00 | .00 |

Summary of disbursements:

```
                      SECURED      PRIORITY     UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   13420.03        920.00      11197.14           .00      25537.17
PRINCIPAL PAID          97.98           .00           .00           .00         97.98
INTEREST PAID           34.03           .00           .00           .00         34.03
TOTAL PAID             132.01           .00           .00           .00        132.01
```
The Debtor's attorney, GLEASON & MACMASTER            , was allowed $   2500.00
and was paid $    500.00  direct and $    914.06  through the plan.

The Trustee received $       27.93 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 04846 PAM SPATES